[44 NE3d 221, 23 NYS3d 146]

In the Matter of RAM I LLC, Appellant, v New York State Division of Housing and Community Renewal, Respondent, et al., Respondent.

Argued November 18, 2015; decided December 15, 2015

### APPEARANCES OF COUNSEL

*Graubard Miller*, New York City (*Lawrence D. Bernfeld*, *Peter A. Schwartz* and *Neil P. Ritter* of counsel), for appellant.

*Gary R. Connor, General Counsel*, New York State Division of Housing and Community Renewal, New York City (*Martin B. Schneider* of counsel), for New York State Division of Housing and Community Renewal, respondent.

*Belkin Burden Wenig & Goldman, LLP*, New York City (*Robert A. Jacobs, Sherwin Belkin* and *Magda L. Cruz* of counsel), for Small Property Owners of New York, Inc., and others, amici curiae.

### OPINION OF THE COURT

MEMORANDUM.

The appeal should be dismissed, without costs, as moot.

The tenant having vacated the rent-controlled apartment at issue, pursuant to a stipulation of settlement with petitioner, this appeal has been rendered moot (*see Matter of Grand Jury Subpoenas for Locals 17, 135, 257 & 608 of United Bhd. of Carpenters & Joiners of Am., AFL-CIO*, 72 NY2d 307, 311 [1988]; *Matter of Hearst Corp. v Clyne*, 50 NY2d 707 [1980]). The exception to the mootness doctrine is not applicable here (*see Wisholek v Douglas*, 97 NY2d 740, 742 [2002]).

Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY concur.

Appeal dismissed, without costs, as moot, in a memorandum.